## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Damaris Lopez v. Ricky D. Mathely and Bourdeau Bros. Inc.    Docket No.: 8:12-CV-1338

Lead Counsel of Record (name/firm) or Pro se Party (name): James E. Monroe, Esq., Dupee & Monroe, P.C.

Appearance for (party/designation): Damaris Lopez- Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect. Please change the following parties' designations:
Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: James E. Monroe, Esq.
Firm: Dupee & Monroe, P.C.
Address: 211 Main Street, P.O. Box 470   Goshen, New York 10924
Telephone: 845-294-8900          Fax: 845-294-3619
Email: lisa@dupeemonroelaw.com

## RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 26, 2015 _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: [signature]
Type or Print Name: James E. Monroe, Esq.
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.